## AFFIDAVIT OF PERSONAL SERVICE

UNITED STATES DISTRICT COURT ) CIVIL ACTION NO. 1:24-CV-05581 (MKV)
SOUTHERN DISTRICT OF NEW YORK )

BKNS MANAGEMENT LLC, derivatively
On behalf of ABBSON LLC,

      PETITIONERS,

 -against-

MESSNER REEVES LLP, CLEARWATER
PREMIERE, PERPETUAL MASTER LLC,
JONATHAN WRIGHT, TORBEN WELCH &
TITAN FINANCIAL, LLC,

      RESPONDENTS,

YISROEL A. SIMON, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS: THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN NEW YORK CITY.

ON JULY 29TH 2024, AT 2:58PM, DEPONENT SERVED THE WITHIN **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & CIVIL ACTION CONPLAINT** ON **MESSNER REEVES LLP - DEFENDANT** BY DELIVERING TO AND LEAVING A TRUE COPY THEREOF PERSONALLY WITH **SAMANTHA ARMSTRONG - OFFICE MANAGER, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF MESSNER REEVES LLP** AT **88 PINE STREET, NEW YORK, N.Y. 10005**

**SAMANTHA ARMSTRONG** IS DESCRIBED AS FOLLOWS:
SEX: FEMALE, SKIN COLOR: WHITE, HAIR COLOR: BROWN, AGE: 21-35
HEIGHT: 5'4"-5'8", WEIGHT: OVER 200, ADDITIONAL FEATURES: WEARING GLASSES

ON JULY 29TH 2024, DEPONENT COMPLETED SERVICE BY DEPOSITING A TRUE COPY OF EACH DOCUMENT TO THE ABOVE ADDRESS IN A 1ST CLASS POSTPAID PROPERLY ADDRESSED ENVELOPE MARKED "PERSONAL & CONFIDENTIAL" IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE & CUSTODY OF THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK.

            _____
            YISROEL A. SIMON,
            LICENSE #1161183

SWORN TO BEFORE ME THIS
29TH DAY OF JULY, 2024

_____
NOTARY PUBLIC

ESTHER M. OLITSKY
Notary Public State of New York
No. OL6156414
Qualified in Kings County
Commission Expires November 27, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT of NEW YORK

BKNS Management LLC, derivatively on behalf of Abbson LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:24-cv-05581 (MKV)
Messner Reeves LLP; Clearwater Premiere Perpetual Master LLC; Jonathan Wright; Torben Welch; and Titan Financial, LLC )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

MESSNER REEVES LLP
88 Pine Street
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Zelmanovitz
STAHL & ZELMANOVITZ
747 Third Avenue, Suite 33B
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2024

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*