## UNITED STATES DISTRICT COURT, COUNTY OF UNITED STATES OF AMERICA

| | | |
|---|---|---|
| Plaintiff/Petitioner: | BKNS Management LL, derivatively on behalf of Abbson LLC | **PROOF OF SERVICE**<br>Case No: **1:24-cv-05581**<br>Court Date/Time: **00/00/0000 / 12:00 AM**<br>Court Room: |
| vs. | | |
| Defendant/Respondent: | Messner Reeves LLP, Clearwater Premiere Perpetual Master LLC, Jonathan Wright, Torben Welch, and Titan Financial LLC | |

Legal documents received by Statewide Process Servers on the 1st day of August, 2024 at 12:16 PM to be served on:

**Torben Welch**
604 E Sunset Stream Way
Draper, UT 84020

I, **Jeff Cook**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **2nd August, 2024 at 12:30 PM**, I did the following:

**PERSONALLY SERVED** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET** to: **Torben Welch** at the address of: **604 E Sunset Stream Way, Draper, UT 84020**

Description of Person Accepting Service:
Male, White, Brown hair, Approx. Age: 58 years, Approx. Height: 5 ft 11 in., Approx. Weight: 200 lbs.

**Supplemental Data Appropriate to this Service:**
Service Comments:
8/2/2024 12:30 PM:

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Jeff Cook - A127551
Statewide Process Servers
PO Box 845
West Jordan, UT, 84084
801-809-4133

Servico
283 Washington Ave
Albany , NY 12206
5184634179,ext.1207
Atty File#: 1:24-cv-05581
heatherm@servico.com

Service Fee:
**$85.00**

267165  267165  267165  267165  267165  267165

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BKNS Management LLC, derivatively on behalf of Abbson LLC<br><br>*Plaintiff(s)*<br>v.<br>Messner Reeves LLP; Clearwater Premiere Perpetual Master LLC; Jonathan Wright; Torben Welch; and Titan Financial, LLC<br><br>*Defendant(s)* | Civil Action No. 1:24-CV-05581 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TORBEN WELCH
SALT LAKE CITY, UTAH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Zelmanovitz
STAHL & ZELMANOVITZ
747 Third Avenue, Suite 33B
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2024

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: