AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BKNS Management LLC, derivatively on behalf of Abbson LLC<br><br>*Plaintiff(s)*<br>v.<br>Messner Reeves LLP; Clearwater Premiere Perpetual Master LLC; Jonathan Wright; Torben Welch; and Titan Financial, LLC<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-05581 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TITAN FINANCIAL, LLC
30 North Gould Street
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Zelmanovitz
STAHL & ZELMANOVITZ
747 Third Avenue, Suite 33B
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/25/2024

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: July 25, 2024  
Index # 1:24-cv-05581MKV

*BKNS Management LLC, derivatively on behalf of Abbson LLC*   Plaintiff

against

*Messner Reeves LLP, et al.*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 30, 2024_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action Complaint with Jury Trial Demanded

on _____Titan Financial LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __Over 65__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__  
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this  
__23rd__ day of August 2024

HEATHER MORIGERATO  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01MO6261464  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES MAY 14, 2028

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1912352

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

BKNS Management LLC, derivatively on behalf of Abbson LLC

vs

Messner Reeves LLP, et al.

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

James Perone, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On **8/8/2024** I sent on behalf of the Plaintiff herein a copy of the

Summons in a Civil Action Complaint with Jury Trial Demanded

with notice of the service upon the Secretary of State thereof to **Titan Financial LLC**, the Defendant herein, by **Registered** mail **#RB816198577US** in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

Titan Financial LLC

30 North Gould Street
Sheridan, WY 82801

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☒ RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
   ☐ UNCLAIMED
   ☐ RETURNED TO SENDER
   ☐ UNDELIVERABLE AS ADDRESSED

Sworn to before me on this

23rd day of August 2024

_____
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2026

_____
James Perone
Attny's File No.
Invoice•Work Order # S1912352

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201

**Registered No.** RB816198577US

Postage $ $2.87

Extra Services & Fees $17.30
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $4.10
- ☐ Return Receipt (electronic) $0.00
- ☐ Restricted Delivery $0.00

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $26.27

Customer Must Declare Full Value $1.00

Received by 08/08/2024

Date Stamp: FORT ORANGE DPO AUG 08 2024 0206 51

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: ALBANY, NY 12206
PO Box 871
Albany, NY 12201

TO: Titan Financial, LLC
30 North Gould Street
Sheridan, WY 82801

PS Form 3806, Registered Mail Receipt
April 2015 PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Titan Financial, LLC
30 North Gould Street
Sheridan, WY 82801

9590 9402 8929 4064 0501 79

2. Article Number (Transfer from service label)
RB816198577US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): WY CO
C. Date of Delivery: 8/15/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt