JOSEPH SALVO
JSALVO@GRSM.COM
(212) 453-0725

SARAH PRAGER
SPRAGER@GRSM.COM
(212) 453-0756



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

September 24, 2024

**VIA ECF**

United States District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007
Tel.: (212) 805-0200

    Re:    *BKNS Management LLC, derivatively on behalf of Abbson LLC v. Messner Reeves LLP, et al.*
            Case No. 1:24-cv-05581-MKV

Dear Judge Vyskocil:

    Our firm, Gordon Rees Scully Mansukhani, LLP, represents Defendants Messner Reeves LLP ("Messner Reeves") and Torben Welch ("Welch") (collectively, "Defendants") in the above-referenced matter. We write with consent of counsel for Plaintiff to respectfully request an extension until October 10, 2024, to respond to the Complaint on behalf of Defendants. Pursuant to our communications with Plaintiff's counsel, we agree to waive service of process. Defendants' responses to the Complaint are currently due on September 27, 2024. This represents Defendants' second request for an extension of time in this action. The instant request does not affect any scheduled Court appearance or deadline.

    We appreciate the Court's time and attention to this matter.

                                      Respectfully submitted,

                                      */s/ Sarah Prager*

                                      Sarah Prager, Esq.
                                      Joseph Salvo, Esq.

CC: All Counsel of Record via ECF