# STAHL & ZELMANOVITZ

October 22, 2024

**By ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **BKNS Management, LLC v. Messner Reeves, LLP, et al.**
      **Case No. 24-cv-005581 (MKV)**

Dear Judge Vyskocil:

  We represent plaintiff BKNS Management LLC in this action. Pursuant to the Court's Scheduling Order of October 18, 2024 (ECF # 26), we respectfully inform the Court that plaintiff intends to file an amended complaint in this action.

           Respectfully submitted,

           Joseph Zelmanovitz (JZ 0085)

747 THIRD AVENUE     FAX: (212) 826-6402
NEW YORK, NY 10017     PHONE: (212) 826-6422
JZELMANOVITZ@SZLAWLLP.COM