UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BKNS MANAGEMENT LLC, derivatively on behalf of ABBSON LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>MESSNER REEVES LLP, CLEARWATER PREMIERE PERPETUAL MASTER LLC, JONATHAN WRIGHT, TORBEN WELCH, and TITAN FINANCIAL, LLC,<br><br>      Defendants. | 24-CV-05581 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 6, 2025
   New York, New York

                      _____
                       JEANNETTE A. VARGAS
                       United States District Judge